**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff/Respondent, | § | |
| | § | |
| V. | § | CR. No. C-04-82 |
| | § | C.A. No. C-07-446 |
| GUILLERMO GALVAN, | § | |
| | § | |
| Defendant/Movant. | § | |

**ORDER GRANTING MOTION FOR EXTENSION**

Pending before the Court is Movant Guillermo Galvan's ("Galvan") motion for extension of time to file a reply to the United States' response and motion to dismiss his motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255. (D.E. 69.) The government's response and motion to dismiss were filed on January 24, 2008, but indicate that they were served on Galvan via mailing on January 25, 2008. (See D.E. 67, 68 at 19.) The Court's response order gave 30 days for Galvan to file his reply. (D.E. 66 at 2.) Accordingly, with three additional days added for service by mail pursuant to Rule 6(d) of the Federal Rules of Civil Procedure, Galvan currently has until February 27, 2008 to file his reply.

In his motion for extension, Galvan asks the Court to allow him until March 12, 2008 to file his reply. He explains that he needs this time because his access to the law library is limited. The Court finds that a two-week extension would not prejudice the government nor unduly delay this

1

case. Accordingly, Galvan's motion for extension is GRANTED. Galvan shall file his reply not later than March 12, 2008.

It is so ORDERED this 4th day of February, 2008.

*Janis Graham Jack*
Janis Graham Jack
United States District Judge