IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff/Respondent, | §<br>§<br>§ | |
| V. | § | CR. No. C-04-82 |
| | § | C.A. No. C-07-446 |
| GUILLERMO GALVAN,<br>    Defendant/Movant. | §<br>§<br>§ | |

## ORDER GRANTING MOTION FOR COPY OF DOCUMENT AND ORDER FOR UNITED STATES TO PROVIDE DOCUMENT TO DEFENDANT

Pending before the Court is Movant Guillermo Galvan's ("Galvan") "Motion for Production of Document (Affidavit)," received by the Clerk on February 14, 2008. (D.E. 71.) In it, he states that the copy of the United States' response and motion to dismiss served upon him did not contain a copy of Attachment 1, the affidavit of Jason Libby. He requests that the Court order the government to provide him with a copy of the affidavit.

Assuming the accuracy of Galvan's allegations, the Court presumes that any failure of the United States to serve a complete copy of its response on Galvan was inadvertent, rather than intentional. Nonetheless, Galvan's motion (D.E. 71) is GRANTED. The government shall serve a copy of the affidavit attached to its motion on Galvan not later than three days after the entry of this Order.

It is so ORDERED this 20th day of February, 2008.

_____
Janis Graham Jack
United States District Judge

1