UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § § | CRIMINAL ACTION NO. C-04-82-1 |
| GUILLERMO GALVAN | § | |

### ORDER ON MOTION FOR
### CONTINUANCE OF EVIDENTIARY HEARING

The Defendant's motion to continue the evidentiary hearing date is GRANTED.

The evidentiary hearing is continued to: **THURSDAY, JULY 31, 2008,** at **2:30 p.m.**

SIGNED and ORDERED this 4th day of June, 2008.

_____
Janis Graham Jack
United States District Judge